# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:16-cr-00158-DW-1 |
| ) | |
| COLIN J. MICHAEL ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/12/2016

/s/ Colin J. Michael
*Defendant's signature*

/s/ John Gromowsky
*Signature of defendant's attorney*

Gerald Handley or John Gromowsky
*Printed name of defendant's attorney*

/s/ Dean Whipple
*Judge's signature*

Dean Whipple, Senior U. S. District Judge
*Judge's printed name and title*