# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | **JUDGMENT IN A CRIMINAL CASE** |
| § | (For Revocation of Probation pursuant to 8th Circuit |
| v. § | Court of Appeals remand) |
| § | Case Number: **4:16-00158-01-CR-W-RK** |
| **COLIN J. MICHAEL** § | USM Number: **31467-045** |
| § | **Rebecca Lynn Kurz, AFPD** |
| § | Defendant's Attorney |

**THE DEFENDANT:**

☒ stipulated to violating the standard and special conditions of supervision on 10/26/17. The Court takes up resentencing of defendant's Final Revocation of Probation Violation pursuant to the 8th Circuit Court of Appeals' Judgment remanding this matter to the district court for proceedings consistent with its opinion. The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| Special | The defendant will neither possess nor have under his/her control any matter that is pornographic/erotic; or that describes sexually explicit conduct, violence toward children or child pornography [as described in 18 U.S.C. 2256(2) and (8)], including photographs, images, books, writings, drawings, videos, and electronic material. |
| Special | The defendant shall successfully participate in a program of sex offender counseling, as directed by the Probation Office. The defendant shall also pay any associated costs as directed by the Probation Office. |
| Special | The defendant shall not possess or use any computer or electronic device with access to any 'on-line computer service' without the prior approval of the Probation Office. This includes any public or private computer network |
| Standard | You must answer truthfully the questions asked by your probation officer |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | | | |
|---|---|---|---|
| Defendant's Soc. Sec. No.: | XXX-XX -7885 | Date of Imposition of Sentence: | |
| | | April 24, 2019 | |
| Defendant's Date of Birth: | 10/03/79 | | |
| Defendant's Mailing Address: | c/o U.S. Marshal's Service | /s/ Roseann A. Ketchmark | |
| | 400 E. 9th Street, | ROSEANN A. KETCHMARK | |
| | Kansas City, MO 64106 | U.S. DISTRICT JUDGE | |
| Defendant's Residence Address: | Same | April 24, 2019 | |

DEFENDANT:         COLIN Joseph MICHAEL
CASE NUMBER:       4:16-00158-01-CR-W-RK

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **96 MONTHS.**

☒ The defendant is remanded to the custody of the U.S. Marshal.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

_____
U.S. MARSHAL

_____
DEPUTY U.S. MARSHAL

DEFENDANT:      COLIN Joseph MICHAEL
CASE NUMBER:    4:16-00158-01-CR-W-RK

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **Five (5) years.**

## CONDITIONS OF SUPERVISED RELEASE

While on supervised release, the defendant shall comply with the mandatory, standard, and special conditions that have been previously ordered by the Court in the original judgment dated 11/21/16, as well as the following additional special conditions:

1. The defendant will reside in and satisfactorily participate in a residential reentry center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days.

2. The defendant shall not consume or possess alcoholic beverages or beer, at any time, while on supervision.

3. Successfully participate in any mental health counseling program as directed by the Probation Office.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at www.txnp.uscourts.gov.

Defendant's Signature _____    Date _____

## ACKNOWLEDGMENT OF CONDITIONS

I have read or have read the conditions of supervision set forth in this judgment and I fully understand them. I have been provided a copy of them.

I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____    _____
DEFENDANT                              DATE

_____    _____
UNITED STATES PROBATION OFFICER        DATE